United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 20-31585 |
| PEARL RESOURCES LLC § | |
| and § | CHAPTER 11 |
| PEARL RESOURCES OPERATING CO. § | |
| LLC, § | |
| § | |
| Debtors. § | |
| § | |
| PEARL RESOURCES LLC § | |
| and § | |
| PEARL RESOURCES OPERATING CO. § | |
| LLC, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | ADVERSARY NO. 22-3304 |
| § | |
| PARSLEY ENERGY OPERATIONS, LLC § | |
| and § | |
| PARSLEY ENERGY, INC. § | |
| and § | |
| PARSLEY ENERGY, LLC § | |
| and § | |
| PIONEER NATURAL RESOURCES § | |
| COMPANY § | |
| and § | |
| PARSLEY OPERATIONS, LLC, § | |
| § | |
| Defendants. § | |

**ORDER**
*Resolving ECF No. 14.*

Pending before the Court is "Defendants' Motion To Remand and For Abstention"[1] filed by Parsley Energy, Inc., Parsley Energy, LLC, and Parsley Energy Operations, LLC on September 2, 2022. On September 23, 2022, "Plaintiff's Response to Defendants' Motion for Mandatory Abstention and Remand"[2] was filed by Pearl Resources Operating Co. LLC and Pearl Resources LLC. For the reasons stated in this Court's accompanying Memorandum Opinion, it is therefore:

---

[1] ECF No. 14.
[2] ECF No. 27.

**ORDERED** that

1. "Defendants' Motion To Remand and For Abstention"[3] filed by Parsley Energy, Inc., Parsley Energy, LLC, and Parsley Energy Operations, LLC on September 2, 2022 is GRANTED.

2. The automatic stay pursuant to 11 U.S.C. § 362 is hereby modified in Adversary Proceeding 22-3304 for the limited purpose of obtaining a final judgment. No action shall be taken to enforce such a judgment against Pearl Resources Operating Co. LLC and Pearl Resources LLC outside the bankruptcy claims process.

3. Cause No. P-8478-83-CV, *Pearl Resources LLC, et al. vs. Pioneer Natural Resources Company, et al.* is remanded 83rd District Court, Pecos County, Texas for all further proceedings.

4. All relief requested in "Defendants' Motion To Remand and For Abstention"[4] but not expressly granted is DENIED.

SIGNED February 17, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[3] ECF No. 14.
[4] ECF No. 14.